UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION




2014 MAR 11 AM 10: 35

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W.D. OF TN, MEMPHIS

Tamara Brown
7837 South Garden Manor Drive Apt 10-202
Memphis, TN 38125
(Name of plaintiff or plaintiffs)

v.   CIVIL ACTION NO. _____

Desoto County Schools
5 East South Street
Hernando, MS 38632
(Name of defendant or defendants)

## COMPLAINT UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964

1. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is specifically conferred on the Court by 42 U.S.C. §2000e-5. Equitable and other relief are also sought under 42 U.S.C. §2000e-5(g).

2. Plaintiff, __Tamara Brown__
   (name of plaintiff)

is a citizen of the United States and resides at __7837 South Garden Manor Drive__
                                                      (street address)    Apt # 10-202

__Memphis,__        __United States of America__        __TN__
(city)                (country)                          (state)

__38125__                          __9012978292__
(zip code)                       (telephone number)

Revised 4-18-08

3. Defendant __De Soto County Schools__
(defendant's name)
lives at, or its business is located at __5 East South Street__
__Hernando, MS 38632__
(street address)

4. Plaintiff sought employment from the defendant or was employed by the defendant at __5 East South Street__
__Hernando,__ __United States__ __MS__ __38632__
(city) (country) (state) (zip code)

5. Defendant discriminated against plaintiff in the manner indicated in paragraph 9 of this complaint on or about _____
(day) (month) (year)

6. Defendant filed charges against the defendant with the Tennessee Fair Employment Commission charging defendant with the acts of discrimination indicated in paragraph 9 of this complaint on or about _____.
(day) (month) (year)

7. Plaintiff filed charges against the defendant with the Equal Employment Opportunity Commission charging defendant with the acts of discrimination indicated in paragraph 9 of this complaint on or about __1 December 2011__.
(day) (month) (year)

8. The Equal Employment Opportunity Commission issued a Notice of Right to Sue, which was received by plaintiff on __IN 05 2013__. (Attach a copy of the notice to
(day) (month) (year)
this complaint.)

9. Because of plaintiff's (1) __X__ race, (2) ___ color, (3) ___ sex, (4) ___ religion, (5) ___ national origin, defendant

    (a) __X__ failed to employ plaintiff.

    (b) ___ terminated plaintiff's employment.

    (c) ___ failed to promote plaintiff.

    (d) ___ _____

Revised 4-18-08

10. The circumstances under which defendant discriminated against plaintiff were as follows: Please view attached EEOC Paperwork. Discrimination took place between 2007 thru 2011

11. The acts set forth in paragraph 9 of this complaint

    (a) _X_ are still being committed by defendant.

    (b) ___ are no longer being committed by defendant.

    (c) ___ may still be being committed by defendant.

12. Please attach to this complaint a copy of the charges filed with the Equal Employment Opportunity Commission, which are submitted as a brief statement of the facts supporting this complaint.

WHEREFORE, Plaintiff prays that the Court grant the following relief to the plaintiff:

    (a) ___ Defendant be directed to employ plaintiff, or

    (b) ___ Defendant be directed to re-employ plaintiff, or

    (c) ___ Defendant be directed to promote plaintiff, or;

    (d) ___ Defendant be directed to _____

and that the Court grant such other relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees.

13. I would like to have my case tried by a jury. Yes ( ) No ( )

*Tamara Brown*
SIGNATURE OF PLAINTIFF

Revised 4-18-08

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | [ ] FEPA <br> [X] EEOC | 490-2012-00509 |

**Tennessee Human Rights Commission** and EEOC
*State or local Agency, if any*

| Name (Indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Tamara N. Brown | (901) 297-8292 | 1975 |

Street Address: 6337 Salmon Drive, Memphis, TN 38115

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| DESOTO COUNTY SCHOOLS (CENTERHILL ELEM. & DESOTO CENTRAL) | 101 - 200 | (662) 429-5271 |

Street Address: 5 East South Street, Hernando, MS 38632

DISCRIMINATION BASED ON (Check appropriate box(es).)

[X] RACE  [ ] COLOR  [ ] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN
[ ] RETALIATION  [ ] AGE  [ ] DISABILITY  [ ] GENETIC INFORMATION
[ ] OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 03-25-2011    Latest: 07-05-2011
[ ] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

On March 25, 2011, I applied for a full time teaching position with Desoto County School to work at Desoto Central Middle and Centerhill Elementary. I interviewed for the positions on July 5, 2011, but I was not selected. During the time I substituted at both locations, I noticed neither schools employed Black teachers.

I believe I have been discriminated against because of my race (Black) in violation of the Title VII of the Civil Rights Act of 1964, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Dec 22, 2011
Date

*Signature: Tamara Brown*

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

*Tamara Brown 12/22/11*

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)
12/22/11

[Stamp: RECEIVED DEC 22 2011 EQUAL EMPLOYMENT OPPORTUNITY COMMISSION MEMPHIS, TENN.]

EEOC Form 161 (11/09)   **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Tamara N. Brown<br>8354 Championship Drive<br>Memphis, TN 38125 | From: | Memphis District Office<br>1407 Union Avenue<br>Suite 901<br>Memphis, TN 38104 |
|---|---|---|---|

☐ On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 490-2012-00509 | Julienne G. Smith, Investigator | (901) 544-4371 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

- NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

Katharine W. Kores,
Director

FEB 29 2013
(Date Mailed)

Enclosures(s)

cc:
Elizabeth J. Owens
Treadway Law Firm
P.O. Box 613
Olive Branch, MS 38654

Tamara Brown

v

Desoto County
Schools

**SAMUEL H. MAYS, JR.**

Tamara Brown

v

Desoto County
Schools

**TU M. PHAM**