UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

**TAMARA BROWN,**

    **Plaintiff,**

v.                          Cv. No. 14-2174-Ma

**DESOTO COUNTY SCHOOLS,**

    **Defendant.**

# JUDGMENT

    Decision by Court. This action came for consideration before the Court. The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that in accordance with the Order Adopting Magistrate Judge's Report and Recommendation docketed August 13, 2014, this case is transferred to the United States District Court for the Northern District of Mississippi.

**APPROVED:**


*s/ Samuel H. Mays, Jr.*
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE


| *August 13, 2014* | THOMAS M. GOULD |
|---|---|
| DATE | CLERK |
| | *s/ Zandra Frazier* |
| | (By) DEPUTY CLERK |