IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

TAMARA BROWN                                                                                      PLAINTIFF

VS.                                                          CIVIL ACTION NO.: 3:14-cv-189-NBB-JMV

DESOTO COUNTY SCHOOL DISTRICT                                           DEFENDANT

**ORDER ADOPTING REPORT AND RECOMMENDATION**

On consideration of the file and record of this action, the court finds that the Report and Recommendation of the United States Magistrate Judge dated December 5, 2014, was on that date duly mailed to pro se plaintiff via USPS; that more than fourteen days have elapsed since service of said Report and Recommendation; and that no objection thereto has been filed or served by any party. The court is of the opinion that the magistrate judge's Report and Recommendation should be approved and adopted as the opinion of the court. It is, therefore,

**ORDERED:**

1. That the Report and Recommendation of the United States Magistrate Judge dated December 5, 2014, is hereby approved and adopted as the opinion of the court.

2. That defendant Desoto County School District is hereby **DISMISSED** without prejudice.

3. That this case is hereby **CLOSED**

THIS, the 6th day of January, 2015.

                                                                                     /s/ Neal Biggers
                                                                                     NEAL B. BIGGERS, JR.
                                                                                     UNITED STATES DISTRICT JUDGE